UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

LEWIN, PETER

Debtor.

Chapter 7

Case No. 99-14337 REL

**STATEMENT OF UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 14 | Waco Products, Inc.<br>P.O. Box 898 | $10,075.43 | $7,709.83 |
| 17 | Miller Import Co.<br>P.O. Box 14160<br>New, Yo N.Y. | $17,915.98 | $13,709.51 |
| 24 | Country Artist<br>9305 Gerwig Lane<br>Columbia, MD 21046 | $2,496.16 | $1,910.09 |
| 25 | First Credit Solutions, Inc.<br>P.O. Box 472087<br>Tulsa, OK 74147 | $11,004.10 | $8,420.46 |

**TOTAL UNCLAIMED DIVIDENDS:** $ 31,749.89

Dated: November 17, 2006

_____
MICHAEL J. O'CONNOR
Trustee
O'CONNOR & O'CONNOR, PC, 20 CORPORATE
WOODS BLVD
ALBANY, NY 12211-2350
(518) 465-0400

2006 NOV 20 PM 2:04 FILED