UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| In re | ) | |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| Peter Lewin | ) | |
| | ) | Case No. 99-14337 REL |
| | ) | |
| | ) | Chapter 7 |
| Social Security No(s). xxx-xx-0875 and all | ) | |
| Employer's Tax Identification No(s). *[if any]* | ) | |
| | ) | |

## ORDER APPROVING PAYMENT OF UNCLAIMED FUNDS

It is ordered that the application for payment of unclaimed funds in the amount of $13,709.51 is hereby approved and that pursuant to 28 U.S.C. 2042, the Bankruptcy Clerk pay this unclaimed money to the order of:

Miller Import Co.
(Name of Claimant)

C/o Dilks & Knopik, LLC
(Attorney-in-Fact)

PO Box 2728
(Address of Attorney-in-Fact)

Issaquah, WA 98027
(Address of Attorney-in-Fact)

xxx-xx-8928
(Tax Identification Number of Creditor)

74-3049851
(Tax ID Number of Attorney-in-Fact)

_____
United States Bankruptcy Court Judge

At Albany, NY
Date: JAN 1 2 2011

F:69(10/25/2001)A

**RECEIVED & FILED**

JAN 12 2011

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY