UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

In re

Peter Lewin

xxx-xx-0875

Case No. 99-14337

Debtor(s)

------------------------------------------------------------

RECEIVED & FILED

APR 08 2011

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

AMENDED ORDER APPROVING PAYMENT OF UNCLAIMED FUNDS

It is ordered that the application for payment of unclaimed funds in the amount of $13,709.51 is hereby approved and that pursuant to 28 U.S.C.2042, the Bankruptcy Clerk pay this unclaimed money to the order of:

>   Miller Import Co
>   c/o Dilks & Knopik, LLC
>   PO Box 2728
>   Issaquah, WA 98027
>   11-2618928 (Tax Identification of Creditor)

Dated: 4/8/11

-----------------------------------
Hon. Robert E. Littlefield, Jr.
Chief U.S. Bankruptcy Judge